UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**
**FEBRUARY 11, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# Civil Cover Sheet

PH

**08 C 877**

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** PNC Bank, N.A.

County of Residence:

Plaintiff's Atty: Edward S. Margolis
Teller Levit & Silvertrust P.C.
11 E. Adams St - 800, Chicago,
IL 60456
312/922-3030

**Defendant(s):** Scala Packing Company, Inc., a corporation

County of Residence:

Defendant's Atty:

**JUDGE COAR**
**MAGISTRATE JUDGE SCHENKIER**

II. Basis of Jurisdiction: **4. Diversity (complete item III)**

III. Citizenship of Principal Parties **(Diversity Cases Only)**
Plaintiff:- **2 Citizen of Another State**
Defendant:- **1 Citizen of This State**

IV. Origin: **1. Original Proceeding**

V. Nature of Suit: **190 Other Contract**

VI. Cause of Action: **Breach of Contract**

VII. Requested in Complaint
Class Action:
Dollar Demand:
Jury Demand: **No**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature: _(signed)_
Date: 2/11/08

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size**

http://www.ilnd.uscourts.gov/PUBLIC/Forms/auto_js44.cfm                    2/11/2008