U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:

PNC Bank, N.A.
v.
Scala Packing Company, Inc., a corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FILED
FEBRUARY 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PH 08 C 877

JUDGE COAR
MAGISTRATE JUDGE SCHENKIER

| NAME (Type or print) Kevin E. Posen |
|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/Kevin E. Posen |
| FIRM Teller Levit and Silvertrust, P.C. |
| STREET ADDRESS 11 East Adams Street, Suite 800 |
| CITY/STATE/ZIP Chicago, Illinois 60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) TELEPHONE NUMBER 6203687 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |