AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

PNC Bank, N.A.

        Plaintiff,

**SUMMONS IN A CIVIL CASE**

-vs-

CASE NUMBER:

Scala Packing Company, Inc., a corporation

ASSIGNED JUDGE:

**08 C 877**

        Defendant.

DESIGNATED MAGISTRATE JUDGE:

**JUDGE COAR**
**MAGISTRATE JUDGE SCHENKIER**

TO: Scala Packing Company, Inc.
    c/o its Registered Agent, Pascal G. Scala
    707 N. Orleans Street
    Chicago, Illinois 60610-3513

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEYS

Edward S. Margolis
Kevin E. Posen
Teller Levit and Silvertrust, P.C.
Attorneys for Plaintiff
11 East Adams Street--#800
Chicago, IL 60603
Firm No.: 90818

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_(signature)_

(By) DEPUTY CLERK

February 11, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  FEB 1 2 2008 |
| NAME OF SERVER (PRINT) | TITLE  PNC vs. Scala |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 351 W. Huron Street Chicago, Illinois

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served upon agent "Ross" in charge of business premises. Reg Agent location @ 707 N. Orleans St Chicago vacant lot.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  N/A | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  FEB 1 2 2008
    Date

PHIL CULCASTTA
Signature of Server

Phil Culcatta

Address of Server
11 E. Adams Street
Chicago, Ill 60603

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.