IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| PNC BANK, N.A. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 877 |
| | ) | |
| v. | ) | |
| | ) | Hon. David H. Coar |
| SCALA PACKING COMPANY, | ) | |
| INC., a Corporation | ) | Mag. Judge Sidney I. Schenkier |
| | ) | |
| Defendant. | ) | |

## JURY DEMAND

Defendant, Scala Packing Company, Inc., by its attorneys, Michael L. Gesas and George P. Apostolides of Arnstein & Lehr LLP, hereby demands a trial by jury in this case.

SCALA PACKING COMPANY, INC.

By: /s/ George P. Apostolides
One of Its Attorneys

Michael L. Gesas
George P. Apostolides
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288