IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| PNC BANK, N.A. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 877 |
| | ) | |
| v. | ) | |
| | ) | Hon. David H. Coar |
| SCALA PACKING COMPANY, | ) | |
| INC., a Corporation | ) | Mag. Judge Sidney I. Schenkier |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:  Edward S. Margolis
Kevin E. Posen
Teller Levit and Silvertrust, P.C.
11 East Adams Street, Suite 800
Chicago, Illinois 60603

Please Be Advised that on March 10, 2008 at 9:00 a.m., the undersigned will appear by counsel before the Honorable David H. Coar, or any judge presiding in his stead in Courtroom 1419, 219 S. Dearborn St., Chicago, Illinois, and shall then and there present Defendant's Motion for Extension of Time to file Response to Plaintiff's Complaint, a copy of which is attached hereto.

SCALA PACKING COMPANY, INC.

By: /s/ George P. Apostolides
One of Its Attorneys

Michael L. Gesas
George P. Apostolides
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288

## CERTIFICATE OF SERVICE

I, George P. Apostolides, certify that on March 3, 2008 I served this Notice of Motion, and the document referred to herein, on the persons listed above, by electronically filing the same with the United States District Court and by regular United States Mail.

/s/ George P. Apostolides

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| PNC BANK, N.A. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 877 |
| | ) | |
| v. | ) | |
| | ) | Hon. David H. Coar |
| SCALA PACKING COMPANY, | ) | |
| INC., a Corporation | ) | Mag. Judge Sidney I. Schenkier |
| | ) | |
| Defendant. | ) | |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT

Defendant, Scala Packing Company, Inc., by its attorneys, Michael L. Gesas and George P. Apostolides of Arnstein & Lehr LLP, moves this Court for entry of an Order extending the time within which it must file its Response to Plaintiff's Complaint by twenty-eight (28) days from the date of the presentation of this motion. This is the first request for an extension, and this motion is not being brought for purposes of delay.

WHEREFORE, Defendant, Scala Packing Company, Inc., respectfully requests that this Court enter an Order granting it twenty-eight (28) days from the date of the presentation of this motion to file its Response to Plaintiff's Complaint.

SCALA PACKING COMPANY, INC.

By: /s/ George P. Apostolides
One of Its Attorneys

Michael L. Gesas
George P. Apostolides
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288