## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| PNC BANK, N.A. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 877 |
| | ) | |
| v. | ) | |
| | ) | Hon. David H. Coar |
| SCALA PACKING COMPANY, | ) | |
| INC., a Corporation | ) | Mag. Judge Sidney I. Schenkier |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

To:   Edward S. Margolis
      Kevin E. Posen
      Teller Levit and Silvertrust, P.C.
      11 East Adams Street, Suite 800
      Chicago, Illinois 60603

PLEASE TAKE NOTICE that on the 3rd day of March, 2008, we filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, Appearances of George P. Apostolides and Michael L. Gesas, a copy of which is attached and served upon you.

SCALA PACKING COMPANY, INC.

By: /s/ George P. Apostolides
One of Its Attorneys

Michael L. Gesas
George P. Apostolides
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288

### CERTIFICATE OF SERVICE

I, George P. Apostolides, certify that on March 3, 2008 I served this Notice of Filing, and the Appearances referenced on it, on the persons listed above, by electronically filing the same with the United States District Court and by regular United States Mail.

/s/ George P. Apostolides