**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

PNC Bank, N.A.
         Plaintiff,

v.                Case No.: 1:08−cv−00877
                Honorable David H. Coar

Scala Packing Company, Inc.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 5, 2008:

   MINUTE entry before Judge David H. Coar :MOTION by Defendant Scala Packing Company, Inc. for extension of time [11] is granted. Defendant to answer or plead on or before 4/7/2008. Any further motions for extensions will be denied. Parties need not appear on the noticed motion date of 3/10/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.