UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PNC Bank, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | Case Number: 08 C 877 |
| | ) | |
| Scala Packing Company, Inc. | ) | Judge: Coar |
| | ) | |
| Defendant. | ) | |

## PROPOSED SCHEDULING ORDER

**1.  Discovery**

The following time limits and deadline shall be applicable.

    A.    All disclosures required by Rule 26(a)(1) shall be made on or before May 23, 2008.

    B.    Any amendments to pleadings or actions to join other parties shall be filed on or before June 9, 2008.

    C.    The cutoff of fact discovery is July 23, 2008.

    D.    The parties shall disclose expert testimony pursuant to rule 26(a)(2) on or before August 6, 2008.

    E.    The parties may depose the other side's expert at any time prior to September 6, 2008.

    F.    The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) at any time prior to September 19, 2008.

    G.    The parties shall have until October 10, 2008 to depose the opposing party's rebuttal expert.

**2.  Motions**

Any dispositive motions are to be filed on or before August 29, 2008.

**3.  Final Pretrial Order and Conference**

The final pretrial order shall be filed on or before December 1, 2008.

The final pretrial conference will be held on _____ at _____ .m.

**4.    Trial**

Trial is set in this matter will be on _____ at 10:00 a.m.

**5.    Status Hearings**

A further status hearing/preliminary pretrial conference should be held on _____ at _____a.m.


Dated:                                                          _____

                                                                               ***Hon. David H. Coar***
                                                                               United States District Judge

8081853.1