**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

ACKNOWLEDGEMENT
2006 FEB 14 AM 9:10

A. NAME & PHONE OF CONTACT AT FILER (optional)
Cassandra Y. Farley (248) 353-7620

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Mark S. Cohn, Esq.
Seyburn, Kahn, Ginn, Bess & Serlin, P.C.
2000 Town Center, Suite 1500
Southfield, Michigan 48075

UCU102/15/06:02:2857:
20.00 MO
SOSIL 11:50  10653029 FS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: **SCALA PACKING COMPANY, INC.**

1c. MAILING ADDRESS: 707 N. ORLEANS ST.
CITY: CHICAGO    STATE: IL    POSTAL CODE: 60610    COUNTRY: USA

1d. 36-2134671    1e. TYPE OF ORGANIZATION: CORPORATION    1f. JURISDICTION OF ORGANIZATION: ILLINOIS    1g. ORGANIZATIONAL ID #: 31215285

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – [NONE]

3. SECURED PARTY'S NAME

3a. ORGANIZATION'S NAME: **CATTLEMAN'S MEAT COMPANY**

3c. MAILING ADDRESS: 1825 SCOTT STREET
CITY: DETROIT    STATE: MI    POSTAL CODE: 48207    COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral:

**SEE EXHIBIT A ATTACHED HERETO AND MADE A PART HEREOF.**


PLAINTIFF'S EXHIBIT
Group 2C

File with Illinois Secretary of State

Document No. 13454    File No. 4980.15368

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV 05/22/02)

845748-1
C32

## EXHIBIT A

### Collateral

(a) All inventory, as that term is defined in the Uniform Commercial Code ("UCC"), wherever located, no owned or in the future acquired by Debtor; any and all bills of lading, warehouse receipts, and other documents of title evidencing inventory; and any and all rights of stoppage in transit of inventory, and all chattel paper evidencing any past, present, or future leasing of inventory; and all letter of credit rights under all existing and future letters of credit securing all or part of the purchase price of inventory that has been or is in the future sold by Debtor;

(b) All accounts receivable, notes and loans receivable, all rights of Debtor to payment for goods sold or leased, or to be sold or leased or for services rendered, or to be rendered, together with all rights, title and interest of Debtor, including the right of stoppage in transit, in and to all goods the sale, delivery, or lease of which by Debtor gave rise to such rights to payment, and all other obligations to and rights of Debtor for the payment of money, and all proceeds thereof, and all books, records and documents at any time evidencing or relating to any of the foregoing;

(c) All cash and non cash proceeds and products of other proceeds and products which relate to the Collateral;

(d) All replacements, substitutions, or additions, accessions, or increase in or to an of the Collateral; and

(e) All of Debtor's books and records which relate to the Collateral.

RECEIVED
SECRETARY OF STATE
UNIFORM COMM. CODE DIV.
2007 APR 13 PM 1:14

**UCC FINANCING STATEMENT AMENDMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

CSC

UCU104/13/07:03:8438:
20.00  AH
SOS1L 13:50   8867010 AS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|---|
| 10653029 | 2/14/2006 | |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☒ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address / ☐ DELETE name / ☐ ADD name

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME:
6b. INDIVIDUAL'S LAST NAME / FIRST NAME / MIDDLE NAME / SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME: **PNC BANK, NATIONAL ASSOCIATION, AS AGENT**
7b. INDIVIDUAL'S LAST NAME / FIRST NAME / MIDDLE NAME / SUFFIX
7c. MAILING ADDRESS: **500 FIRST AVENUE** / CITY: **PITTSBURGH** / STATE: **PA** / POSTAL CODE: **15219** / COUNTRY: **USA**
7d. SEE INSTRUCTIONS / ADD'L INFO RE ORGANIZATION DEBTOR / 7e. TYPE OF ORGANIZATION / 7f. JURISDICTION OF ORGANIZATION / 7g. ORGANIZATIONAL ID #, if any  ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor check here ☐ and enter name of DEBTOR authorizing this Amendment
9a. ORGANIZATION'S NAME: **CATTLEMAN'S MEAT COMPANY**
9b. INDIVIDUAL'S LAST NAME / FIRST NAME / MIDDLE NAME / SUFFIX

10. OPTIONAL FILER REFERENCE DATA
Debtor: SCALA PACKING COMPANY, INC.   FULL ASSIGNMENT   ILLINOIS SECRETARY OF STATE

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

RT2 8603015

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
10653029          2/14/2006

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME: CATTLEMAN'S MEAT COMPANY

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

COMPLETE ADDRESS OF ASSIGNEE SECURED PARTY:

COMMERCIAL LOAN SERVICE CENTER/DCC
500 FIRST AVENUE
PITTSBURGH, PA 15219
USA