5/29/2008-141428-ESM/kc

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS--EASTERN DIVISION

| | | |
|---|---|---|
| PNC Bank, N.A. | ) | |
|                 Plaintiff, | ) | No. 08C-877 |
| | ) | |
|   -vs- | ) | |
| | ) | |
| Scala Packing Company, Inc., a corporation | ) | |
| | ) | |
|                 Defendant(s). | ) | |

## NOTICE OF MOTION

TO:   Michael Gesas, Esq.
        Gesas, Pilati, Gesas, Golin
        53 W Jackson Blvd -- Suite 528
        Chicago, IL 60604

On June 5, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, shall appear before the Honorable Presiding **Judge Coar**, or any judge sitting in his stead, in the courtroom usually occupied by him at United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there move the Court for leave to file Amended Complaint.

## CERTIFICATE OF SERVICE

I, Edward S. Margolis, the attorney, certify that I served this Notice and Motion by placing a copy into an envelope addressed to each of the above-listed party at their respective address, with proper prepaid postage attached to said envelope, and depositing same into the United States Mail chute at 11 East Adams Street, Chicago, Illinois, at or about 5:00 p.m. on the 29th day of May, 2008.

                                              /s/ Edward S. Margolis
                                                    One of its attorneys

Prepared by:
TELLER, LEVIT & SILVERTRUST, P.C.
Attorneys for Plaintiff
11 East Adams Street--#800
Chicago, Illinois 60603
(312) 922-3030 -- Firm No. 90818