5/29/2008-141428-ESM/kc

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS--EASTERN DIVISION

| | | |
|---|---|---|
| PNC Bank, N.A. | ) | |
|             Plaintiff, | ) | No. 08C-877 |
| | ) | |
| -vs- | ) | |
| | ) | |
| Scala Packing Company, Inc., a corporation | ) | |
| | ) | |
|             Defendant(s). | ) | |

### ROUTINE MOTION TO FILE AMENDED COMPLAINT

NOW COMES the Plaintiff, PNC Bank, N.A., by Edward S. Margolis, one of its attorneys, and moves to file its Amended Complaint for the following reasons:

1. That Plaintiff's Complaint has on its face an error in addition.

2. That in particular, paragraph 7 states that "on January 31, 2006...the Defendant was indebted to the Plaintiff's assignor in the amount of $386,281.00".

3. That paragraph 8 states that Plaintiff's assignor extended future credit advances to the Defendant in the amount of $501,672.42.

4. That the sum of $386,281.00 plus $501,672.42 is $887,953.42.

WHEREFORE, the Plaintiff prays that it be allowed to file its Amended Complaint seeking judgment against the Defendant in the amount of $887,953.42, plus attorneys' fees and costs.

**PNC Bank, N.A.,**
Plaintiff herein,

/s/ Edward S. Margolis
        One of its attorneys

Prepared by:
TELLER, LEVIT & SILVERTRUST, P.C.
Attorneys for Plaintiff
11 East Adams Street--#800
Chicago, Illinois 60603
(312) 922-3030 -- Firm No. 90818