| Date | Invoice | Type | Amount | Col A | Col B | Col C |
|---|---|---|---|---|---|---|
| 10/20/2006 | 85977 | INV | 33,726.56 | | 29,773.70 | 29,773.70 |
| 10/23/2006 | 86041 | INV | 16,140.99 | | 16,140.99 | 16,140.99 |
| 10/24/2006 | 86140 | INV | 16,392.71 | | 16,392.71 | 16,392.71 |
| 10/25/2006 | 86211 | INV | 18,531.44 | | 18,531.44 | 18,531.44 |
| 10/26/2006 | 86293 | INV | 4,568.97 | | 4,568.97 | 4,568.97 |
| 10/27/2006 | 86393 | INV | 10,027.56 | | 10,027.56 | 10,027.56 |
| 10/29/2006 | 86476 | INV | 19,455.70 | | 19,455.70 | 19,455.70 |
| 11/02/2006 | 86567 | INV | 13,554.28 | | 13,554.28 | 13,554.28 |
| 11/03/2006 | 86682 | INV | 4,841.99 | | 4,841.99 | 4,841.99 |
| 11/06/2006 | 86736 | INV | 14,543.70 | | 14,543.70 | 14,543.70 |
| 11/09/2006 | 86795 | INV | 11,546.96 | | 11,546.96 | 11,546.96 |
| 11/10/2006 | 86880 | INV | 21,191.55 | | 21,191.55 | 21,191.55 |
| 11/13/2006 | 86916 | INV | 6,130.18 | | 6,130.18 | 6,130.18 |
| 11/14/2006 | 86951 | INV | 11,388.76 | | 11,388.76 | 11,388.76 |
| 11/15/2006 | 87039 | INV | 25,346.34 | | 25,346.34 | 25,346.34 |
| 11/16/2006 | 87073 | INV | 11,820.14 | | 11,820.14 | 11,820.14 |
| 11/20/2006 | 87207 | INV | 13,273.18 | | 13,273.18 | 13,273.18 |
| 11/21/2006 | 87318 | INV | 6,747.42 | | 6,747.42 | 6,747.42 |
| 11/22/2006 | 87370 | INV | 6,684.01 | | 6,684.01 | 6,684.01 |
| 11/24/2006 | 87435 | INV | 12,796.17 | | 12,796.17 | 12,796.17 |
| 11/27/2006 | 87465 | INV | 17,771.02 | | 17,771.02 | 17,771.02 |
| 11/28/2006 | 87566 | INV | 9,682.38 | | 9,682.38 | 9,682.38 |
| 12/01/2006 | 87618 | INV | 17,737.21 | | 17,737.21 | 17,737.21 |
| 12/01/2006 | 87651 | INV | 19,829.56 | | 19,829.56 | 19,829.56 |
| 12/04/2006 | 87736 | INV | 24,046.71 | | 24,046.71 | 24,046.71 |
| 12/04/2006 | 87795 | INV | 39,675.02 | | 39,675.02 | 39,675.02 |
| 12/06/2006 | 87966 | INV | 9,527.76 | | 9,527.76 | 9,527.76 |
| 12/07/2006 | 88005 | INV | 12,437.74 | | 12,437.74 | 12,437.74 |
| 12/08/2006 | 88148 | INV | 19,804.63 | | 19,804.63 | 19,804.63 |
| 12/08/2006 | 88210 | INV | 14,266.69 | 14,266.69 | | 14,266.69 |
| 12/11/2006 | 88251 | INV | 4,202.68 | 4,202.68 | | 4,202.68 |
| 12/11/2006 | 88331 | INV | 13,001.31 | 13,001.31 | | 13,001.31 |
| 12/12/2006 | 88409 | INV | 24,933.96 | 24,933.96 | | 24,933.96 |
| | | | | 56,404.64 | 445,267.78 | 501,672.42 |

(Additional dates continue through 01/18/2007 with entries labeled INV — OCR of lower portion fragmentary: 12/14/2006, 12/15/2006, 12/18/2006, 12/19/2006, 12/21/2006, 12/22/2006, 12/26/2006, 12/29/2006, 01/02/2007, 01/03/2007, 01/05/2007, 01/08/2007, 01/09/2007, 01/10/2007, 01/11/2007, 01/12/2007, 01/15/2007, 01/17/2007, 01/18/2007)

3,952.86



PLAINTIFF'S EXHIBIT 3