5/29/2008-141428-ESM/kc

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS--EASTERN DIVISION

| | | |
|---|---|---|
| PNC Bank, N.A. | ) | |
|         Plaintiff, | ) | No. 08C-877 |
| | ) | |
| -vs- | ) | |
| | ) | |
| Scala Packing Company, Inc., a corporation | ) | |
| | ) | |
|         Defendant(s). | ) | |

### ORDER

**THIS MATTER** coming to be heard on Plaintiff's Motion for leave to file its Amended Complaint, due notice having been given and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that Plaintiff is granted leave to file its Amended Complaint.

Dated: _____, 2008　　　**ENTER:**

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Judge　　　　　　Judge's No.

TELLER, LEVIT & SILVERTRUST, P.C.
Attorneys for Plaintiff
11 East Adams Street, Suite 800
Chicago, Illinois 60603
(312) 922-3030 -- Firm No. 90818

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**